IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., EXEDEA, INC. and HTC AMERICA HOLDING, INC., <br><br> Defendants | C.A. No. 11-611-GMS |

**STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION
<u>WITHOUT PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Apple Inc. ("Apple") and Defendants HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc., Exedea, Inc. and HTC America Holding, Inc. (collectively, "HTC"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each and every claim and counterclaim between Apple and HTC in the above captioned matter are hereby dismissed WITHOUT PREJUDICE, and that each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 13, 2012

| | |
|---|---|
| */s/ Denise S. Kraft* | */s/ John W. Shaw* |
| Denise S. Kraft (#2778) <br> Aleine M. Porterfield (#5053) <br> DLA PIPER LLP (US) <br> 919 North Market Street, Suite 1500 <br> Wilmington, DE 19801-3046 <br> (302) 468-5700 | John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> SHAW KELLER LLP <br> 800 Delaware Avenue, 3rd Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 476-2050 |
| *Attorneys for Plaintiff Apple Inc.* | *Attorneys for Defendants HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc., Exedea, Inc. and HTC America Holding, Inc.* |